UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 MAR 18 P 12: 02

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>$103,342.22 IN U.S. CURRENCY, and,<br>$4,468.18 IN U.S. CURRENCY,<br>    Defendants. | )<br>)<br>)<br>) Civil Action No.<br>)<br>)<br>)<br>) |

05-10515 REK

## WARRANT AND MONITION

To: The United States Bureau of Customs and Border Protection

We Command You that you give notice to all persons concerned that a Verified Complaint for Forfeiture In Rem (the "Complaint"), a copy of which is attached hereto, has been filed by the United States of America against the following in Rem defendants, identified as:

- $103,342.22 in U.S. Currency, representing the contents of bank account number 8620008235, held in the name of MAQ Technologies, Inc./ Mohammed A.R. Quaraishi, at Charter One Bank, NA (the MAQ Charter One account); and,

- $4,468.18 in U.S. Currency, representing the contents of bank account number 8620398000, held in the name of Mohammed A.R. Quaraishi at Charter One Bank, (the Rasheed Charter One personal account),

(collectively referred to as the "Defendant Accounts"), more particularly described in the Complaint for the forfeiture of the Defendant Accounts to the United States of America pursuant to Title 18, United States Code, Section 981(a)(1)(A).

This Court has found probable cause for forfeiture. Accordingly, you are hereby directed to serve, and give notice

of, the Complaint by:

    (1)    Publishing notice of the United States' intent to forfeit the contents of the Defendant Accounts at least once for three (3) successive weeks in the <u>Boston Herald</u> or any other newspaper having a general circulation in this District;

    (2)    Mailing a copy of this Warrant and Monition, together with a copy of the Complaint to:

Mohammed Rasheed Quaraishi
1681 Bloomingdale Road
Glendale Heights, IL 60139

Frank A. Libby, Jr., Esquire
Kelly, Libby & Hoopes, PC
175 Federal Street
Boston, MA 02110

Nicholas A. Klinefeldt, Esq.
Kelly, Libby & Hoopes, PC
175 Federal Street
Boston, MA 02110

Michael J. Connolly, Esquire
Hinckley, Allen and Snyder, LLP
28 State Street, 29th Floor
Boston, MA 02109

by certified mail, postage prepaid and return receipt requested, or by serving such copies on the listed parties by hand.

<u>You Are Further Commanded</u> to arrest, attach, inspect and retain the contents of the Defendant Accounts in your custody until further order of this Court.

<u>You Are Further Commanded</u> to give due notice by appropriate service of process, as provided herein, to all persons who claim an interest in the Defendant Accounts, or assert that the Defendant Accounts should not be condemned or disposed of pursuant to the prayer of the Verified Complaint for Forfeiture <u>in Rem</u>. Upon execution of this process, you are directed further to file the execution in this Court with your return thereon.

ALL CLAIMS TO THE DEFENDANT ACCOUNTS MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON THE UNITED STATES ATTORNEY'S OFFICE, ASSET FORFEITURE UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN THIRTY (30) DAYS AFTER PROCESS HAS BEEN EXECUTED OR WITHIN SUCH ADDITIONAL TIME AS MAY BE ALLOWED BY THIS COURT. ALL ANSWERS TO THE COMPLAINT MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON THE UNITED STATES ATTORNEY'S OFFICE, ASSET FORFEITURE UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN TWENTY (20) DAYS AFTER THE FILING OF THE CLAIM. CLAIMS MUST BE FILED IN ACCORDANCE WITH THE FEDERAL RULES OF CIVIL PROCEDURE, SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS. THE PROCEDURES FOR FILING A PETITION FOR REMISSION OR MITIGATION ARE SET FORTH IN 28 C.F.R. PART 9.

Sarah A. Thornton, Clerk
U.S. District Court

By: _____
Deputy Clerk
Date: 3-24-05, 2005

APPROVED AND SO ORDERED:

_____
Senior United States District Judge
Date: March 24, 2005