UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) |
|  | ) No. 05-10515-REK |
|  | ) |
| v. | ) |
|  | ) |
| $103,342.22 IN U.S. CURRENCY AND | ) |
| $4,468.18 IN U.S. CURRENCY | ) |

**NOTICE OF APPEARANCE**

**TO THE CLERK AND ALL PARTIES OF RECORD:**

**Kindly** enter the appearance of Nicholas A. Klinefeldt as counsel to Mohammed Abdul Rasheed Quaraishi in the above-captioned matter.

> Respectfully submitted,
> MOHAMMED ABDUL RASHEED QUARAISHI
> By his attorneys,
>
>
> /s/ Nicholas A. Klinefeldt
> Nicholas A. Klinefeldt (BBO No. 647422)
> **KELLY, LIBBY & HOOPES, P.C.**
> 175 Federal Street
> Boston, MA  02110
> Telephone:  (617) 338-9300

Dated: July 18, 2005