UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) <br> ) No. 05-10515-REK <br> ) |
| v. | ) <br> ) |
| $103,342.22 IN U.S. CURRENCY AND <br> $4,468.18 IN U.S. CURRENCY | ) <br> ) |

**MOTION TO WITHDRAW AS ATTORNEY**

    Attorney Nicholas A. Klinefeldt hereby seeks leave of the Court to withdraw as counsel in the above-captioned matter. Specifically, Attorney Klinefeldt is moving his practice out of Kelly, Libby & Hoopes, P.C. and to another state. However, Attorney Frank A. Libby, Jr. from Kelly, Libby & Hoopes, P.C. will remain as counsel in this matter. Wherefore, Attorney Klinefeldt respectfully requests that the Court grant him leave to withdraw.

    Respectfully submitted,

/s/ Nicholas A. Klinefeldt
Frank A. Libby, Jr. (BBO No. 299100)
Nicholas A. Klinefeldt (BBO No. 647422)
**KELLY, LIBBY & HOOPES, P.C.**
175 Federal Street
Boston, MA 02110
Telephone: (617) 338-9300

Dated: February 16, 2006