UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Civil No. 05-10515-REK |
| ) | |
| $103,342.22 IN U.S. CURRENCY AND ) | |
| $4,468.18 IN U.S. CURRENCY ) | |

## NOTICE OF APPEARANCE

**TO THE CLERK AND ALL PARTIES OF RECORD:**

**Kindly** enter the appearance of John J. Commisso as counsel to Mohammed Abdul Rasheed Quaraishi in this matter.

> Respectfully submitted,
> MOHAMMED ABDUL RASHEED QUARAISHI
> By his attorneys,
>
>
> /s/ John J. Commisso
> John J. Commisso (BBO No. 647002)
> **KELLY, LIBBY & HOOPES, P.C.**
> 175 Federal Street
> Boston, MA  02110
> Telephone:  (617) 338-9300

Dated: February 27, 2006