UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Civil No. 05-10515-REK |
| ) | |
| $103,342.22 IN U.S. CURRENCY AND ) | |
| $4,468.18 IN U.S. CURRENCY ) | |

## MOHAMMED ABDUL RASHEED QUARAISHI'S
## WITHDRAWAL OF VERIFIED CLAIM

Mohammed Abdul Rasheed Quaraishi ("Rasheed") hereby withdraws his Verified Claim in this case. By way of explanation, Rasheed states as follows:

1. On May 13, 2005, Rasheed filed a Verified Claim in this case stating his ownership over the $4,468.18 in U.S. currency in an account in his name (Acct. No. 08620398000) and the $103,342.22 in U.S. currency in an account in both his name and the name of MAQ Technologies, Inc. (Acct. No. 08620008235).

2. Rasheed subsequently entered into a plea agreement, see Crim. No. 04-10345-NMG, in which he agreed to forfeit those monies.

3. On January 20, 2006, pursuant to that plea agreement, Rasheed pleaded guilty to the Indictment against him.

4. Attached is a copy of a Withdrawal of Claim that has been signed by Rasheed, the original of which was provided to the United States Attorney's Office.

Rasheed, therefore, withdraws his Verified Claim in this case.

> Respectfully submitted,
> MOHAMMED ABDUL RASHEED QUARAISHI
> By his attorneys,
>
> /s/ John J. Commisso
> Frank A. Libby, Jr. (BBO No. 299100)
> John J. Commisso (BBO No. 647002)
> **KELLY, LIBBY & HOOPES, P.C.**
> 175 Federal Street
> Boston, MA  02110
> Telephone:  (617) 338-9300

Dated: February 27, 2006

<u>**WITHDRAWAL OF CLAIM**</u>

Re:  DHS Case No.s:    UG32CI04UG0003 and BO32CI04BO0013

    Property:         $103,342.22 from Charter One Bank, Account# 8620008235
    Asset ID No.:     05-USC-000883

    Property:         $4,468.18 from Charter One Bank, Account# 8620008235
    Asset ID No.:     05-USC-000884

After consultation with my counsel, I hereby withdraw all claims of ownership to the above described currency, seized by the Department of Homeland Security, on or about November 5, 2004, at Boston, Massachusetts. This withdrawal includes, but is not limited to, the Election of Proceedings CAFRA Form AF and a Seized Asset Claim Form requesting that the case be sent for court action that I submitted to the Department of Homeland Security on December 21, 2004.

I hereby waive any and all claims to the above-described currency, and consent to administrative forfeiture to the United States of America of the above-described currency by the Department of Homeland Security.

I hereby execute this withdrawal, waiver, and consent as my free act and deed this 22nd day of February, 2006.

                                      Mohammed Abdul Rasheed Quraishi

Witnessed by: Layla Ghajarieh
Date: 2/22/06

OFFICIAL SEAL
LAYLA GHAJARIEH
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 10/08/08